■ In the Matter of DARIO JIMINEZ, Petitioner, v CARL D.
BERRY, as Superintendent of Woodbourne Correctional Facil-
ity, et al., Respondents. [612 NYS2d 974] —Proceeding pursuant
to CPLR article 78 (transferred to this Court by order of the
Supreme Court, entered in Sullivan County) to review a
determination of the Commissioner of Correctional Services
which found petitioner guilty of violating certain prison disci-
plinary rules.

The misbehavior report was authored by the correction
officer who witnessed the incident. In addition, at the hearing
that officer confirmed what she wrote in the report and
testified that she personally observed petitioner engaged in a
sexual activity during an outside visit. Under the circum-
stances, the misbehavior report, coupled with the hearing
testimony, provides substantial evidence to support the finding
of guilt. Petitioner's contentions to the contrary merely raise
questions of credibility which were for the Hearing Officer to
resolve. Petitioner's remaining procedural arguments have
been considered and rejected as lacking in merit.

Cardona, P. J., Mercure, White, Weiss and Yesawich Jr.,
JJ., concur. Adjudged that the determination is confirmed,
without costs, and petition dismissed.